# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Melendez, Javier | Case Number:  05 B 13243 |
| Melendez, Cassandra | Judge:  Doyle, Carol A |
| Printed:  4/11/06 | Filed:  4/7/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Ch 7 Conversion:  April 4, 2006
Confirmed:  June 2, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 8,800.00 | |
| Secured: | | 5,753.50 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 346.50 |
| Other Funds: | | 0.00 |
| Totals: | 8,800.00 | 8,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Volkswagon Credit | Secured | 0.00 | 0.00 |
| 3. | Nissan Motor Acceptance Corporation | Secured | 25,277.75 | 5,753.50 |
| 4. | Discover Financial Services | Unsecured | 693.55 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 1,253.73 | 0.00 |
| 6. | Nissan Motor Acceptance Corporation | Unsecured | 1,057.45 | 0.00 |
| 7. | Old Republic | Unsecured | 4,234.02 | 0.00 |
| 8. | Charming Shoppes-Fashion Bug | Unsecured | 39.24 | 0.00 |
| 9. | World Financial Network Nat'l | Unsecured | 16.72 | 0.00 |
| 10. | Discover Financial Services | Unsecured | 677.44 | 0.00 |
| 11. | Illinois Student Assistance Commission | Unsecured | 1,358.10 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 607.91 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 591.89 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 675.52 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 574.03 | 0.00 |
| 16. | Banco Popular | Unsecured | | No Claim Filed |
| 17. | Corus Bank | Unsecured | | No Claim Filed |
| 18. | GECC | Unsecured | | No Claim Filed |
| 19. | Home Depot | Unsecured | | No Claim Filed |
| | | | $ 39,757.35 | $ 8,453.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 165.00 |
| 5.5% | 181.50 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**    Melendez, Javier

Melendez, Cassandra

Printed: 4/11/06

Case Number:  05 B 13243

Judge:  Doyle, Carol A

Filed:  4/7/05

_____

$ 346.50

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: